UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No.   **CV24-06527-UA** | Date   September 24, 2024 |
| Title   *Mitch Taebel v. SAG-AFTRA* | Page   1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE DISMISSAL WITHOUT PREJUDICE AND NOTICES OF EXHIBIT FILING**

Plaintiff Mitch Taebel, who is appearing *pro se*, initiated this case by filing a complaint [Doc. # 1], but he failed to pay the required filing fee or, alternatively, submit a request to proceed *in forma pauperis*. On August 7, 2024, the Office of the Clerk notified Taebel that, within 30 days, he must either pay the filing fee or submit a CV-60 form, *Request to Proceed in Forma Pauperis with Declaration in Support*. [Doc. # 3.] More than 30 days have passed and Taebel has failed to pay the filing fee or submit the CV-60 form.[1] Accordingly, the case is **HEREBY ORDERED DISMISSED without prejudice**.

On August 26, 2024, Taebel filed a "Notice of Exhibit Filing" that states "Plaintiff files 39 emails for public record as exhibits" and consists of 269 pages. [Doc. # 5.] On August 27, 2024, Taebel filed a "Notice of Media Exhibit Filing" along with a USB that Taebel states contains video files. [Doc. # 6.] Because the case has been dismissed without prejudice, the video files purportedly contained on the USB shall not become part of the Court's case file, shall not be considered Court records, and shall not be available for public viewing. *See* L.R. 11-5.1. The USB will be destroyed as the accompanying notice does not request return of the USB. *See id.*

This is the second case in which Taebel has abused the Court's filing system by filing documents and submitting video files because he wishes them to be made part of the "public record." [CV24-02875-UA, Doc. # 14.] The Court previously warned Taebel that documents filed with the Court must concern the substance of the case and comply with Local Rules. *Id.* Further abuse of the Court's filing system will result in Taebel's filing privileges being restricted.

**IT IS SO ORDERED**.

---

[1] On August 12, 2024, Taebel filed an amended complaint [Doc. # 4] but still no filing fee or CV-60 form.